IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-44-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH MARTIN CHANDLER, | |
| Defendant. | |

Defendant Kenneth Chandler has filed an unopposed motion for leave to appear at the October 13, 2022 initial appearance and arraignment by video conference from Montana State Prison, to quash the writ, and to stay proceedings. (Doc. 8). Accordingly, and good cause appearing,

**IT IS ORDERED** that Defendant's motion is GRANTED. The Defendant may appear by Zoom from Montana State Prison at the initial appearance and arraignment on October 13, 2022 at 1:30 p.m. The Clerk of Court will notify defense counsel via e-mail of the meeting ID and password in advance of the hearing, and defense counsel will be responsible for providing that information to Montana State Prison.

**IT IS FURTHER ORDERED** that the Writ of Habeas Corpus ad Prosequendum issued on September 16, 2022 (Doc. 7) is QUASHED. Defendant

1

shall remain in the custody and care of the Montana State Prison pending his foot surgery.

DATED this 12th day of October 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge