IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH MARTIN CHANDLER, Defendant. | CR 22–44–M–DLC ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 36.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Kenneth Martin Chandler is charged with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count I), and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count II), as set forth

1

in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Chandler's guilty plea as to Count I after Chandler appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States' motion for preliminary order of forfeiture (Doc. 37), the Court will address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 36) is ADOPTED in full.

IT IS FURTHER ORDERED that Chandler's motion to change plea (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that Chandler is adjudged guilty as charged in Count I of the Indictment.

DATED this 3rd day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court