IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–44–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH MARTIN CHANDLER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 37.) Defendant Kenneth Martin Chandler has been adjudged guilty of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count I of the Indictment. (Doc. 39.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11):

Accordingly, IT IS ORDERED the motion (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Chandler's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11):

- Anderson Manufacturing AM-15 Multi Caliber Rifle, Serial Number 19150597 (Scope, Grip, Bipod Attached);

- Pinty Scope, Grip, Bipod (Attached to Multi Caliber Rifle);

- Noreen BN308 Multi Cal Rifle, Serial Number P2647 (Scope and Bipod Attached, Butt of Weapon and Spring Removed from Stock but Packaged with Rifle);

- Athlon Scope and Bipod (Attached to Noreen Rifle); and

- $7,073.89 in U.S. Currency.

IT IS FURTHER ORDERED that the FBI, United States Marshalls Service, and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 3rd day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court