IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–44–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH MARTIN CHANDLER, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 45.)  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on August 3, 2023. (Doc. 40.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 41.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 45) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11), free from the claims of any other party:

- Anderson Manufacturing AM-15 Multi Caliber Rifle, Serial Number 19150597 (Scope, Grip, Bipod Attached);

- Pinty Scope, Grip, Bipod (Attached to Multi Caliber Rifle);

- Noreen BN308 Multi Cal Rifle, Serial Number P2647 (Scope and Bipod Attached, Butt of Weapon and Spring Removed from Stock but Packaged with Rifle);

- Athlon Scope and Bipod (Attached to Noreen Rifle); and

- $7,073.89 in U.S. Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of October, 2023.

Dana L. Christensen, District Judge
United States District Court